BRADLEY J. HAMBURGER (*pro hac vice forthcoming*)
MEGAN M. COONEY (*pro hac vice forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Email:  bhamburger@gibsondunn.com
Email:  mcooney@gibsondunn.com


Montgomery Y. Paek, Esq.
Bar No. 6323
Amy L. Thompson, Esq.
Bar No. 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169
Telephone:      702.862.8800
Fax No.:         702.862.8811
Email:           mpaek@littler.com
                 athompson@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JASMINE SOLARES and ESTEFANIA CORREA,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendants. | Case No. 2:24-CV-00881-EJY<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

     Plaintiffs JASMINE SOLARES and ESTEFANIA CORREA ("Plaintiffs") and Defendant AMAZON.COM SERVICES LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of June 5, 2024, up to and including **July 5, 2024.**  In exchange for the thirty (30) day extension of time to respond to the Complaint, Defendant agrees not to dispute service of process.

LITTLER
MENDELSON, P.C.
3960 Howard Hughes
Parkway
Suite 300
Las Vegas, NV
89169.5937
702.862.8800

The requested extension is necessary in light of the fact that Defendant's counsel was just recently retained and additional time is needed to permit defense counsel to conduct an investigation into the allegations and prepare a response to the Complaint.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: May 31, 2024

| | |
|---|---|
| /s/ Leon Greenberg, Esq. | /s/ Amy L. Thompson, Esq. |
| LEON GREENBERG, ESQ.<br>RUTHANN DEVEREAUX-GONZALES, ESQ.<br>LEON GREENBERG PROFESSIONAL CORPORATION<br><br>JAMES P. KEMP, ESQ.<br>KEMP & KEMP, ATTORNEYS AT LAW<br><br>*Attorneys for Plaintiff*<br>JASMINE SOLARES and ESTEFANIA CORREA | MONTGOMERY Y. PAEK, ESQ.<br>AMY L. THOMPSON, ESQ.<br>LITTLER MENDELSON, P.C.<br><br>BRADLEY J. HAMBURGER, ESQ.<br>MEGAN COONEY, ESQ.<br>GIBSON DUNN<br><br>*Attorneys for Defendant*<br>AMAZON.COM SERVICES LLC |

**IT IS SO ORDERED.**

Dated: May 31, 2024

UNITED STATES MAGISTRATE JUDGE

107474786.1

LITTLER
MENDELSON, P.C.
3960 Howard Hughes
Parkway
Suite 300
Las Vegas, NV
89169.5937
702.862.8800

2