LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
Ranni@overtimelaw.com

JAMES P. KEMP, ESQ.
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV  89130
(702) 258-1183/ (702) 258-6983 (fax)
jp@kemp-attorneys.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASMINE SOLARES and ESTEFANIA CORREA, <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>AMAZON.COM SERVICES LLC, <br><br>　　　　　Defendants. | Case No.: <br><br>2:24-cv-00881-EJY <br><br>**NOTICE OF FILING OF CONSENTS TO JOINDER UNDER 29 U.S.C. § 216(b)** |

PLEASE TAKE NOTICE that annexed hereto are two Consents to Joinder pursuant to 29 U.S.C. § 216(b) which are to be filed with the Clerk of the Court as of

1

the date hereof on behalf of Elena Salazar and Edward Morlandhy.

Dated this 12th day of June, 2024

                              Leon Greenberg Professional Corporation

                              By: /s/ *Ruthann Devereaux-Gonzalez*

                              RUTHANN DEVEREAUX-GONZALEZ, Esq.
                              Nevada Bar No.: 15904
                              1811 South Rainbow Blvd- Suite 210
                              Las Vegas, Nevada 89146
                              Tel (702) 383-6085
                              Fax (702) 385-1827

                              Attorney for Plaintiffs

**PROOF OF SERVICE**

    I hereby certify that the above and foregoing was electronically filed using the Court's CM/ECF system on this 12th day of June, 2024, which will send electronic notification of this filing to all counsel of record.

                              /s/ *Ruthann Devereaux-Gonzalez*
                              Ruthann Devereaux-Gonzalez

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg and J.P. Kemp and their employed/associated attorneys pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_Elena Salazar_
PRINT YOUR NAME

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg and J.P. Kemp and their employed/associated attorneys pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

Edward Monandry
_____
PRINT YOUR NAME