BRADLEY J. HAMBURGER (*pro hac vice*)
MEGAN M. COONEY (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Email: bhamburger@gibsondunn.com
Email: mcooney@gibsondunn.com

Montgomery Y. Paek, Esq.
Bar No. 6323
Amy L. Thompson, Esq.
Bar No. 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169
Telephone:   702.862.8800
Fax No.:     702.862.8811
Email:       mpaek@littler.com
             athompson@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JASMINE SOLARES and ESTEFANIA CORREA,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendants. | Case No. 2:24-CV-00881-EJY<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND BRIEFING DEADLINES**<br><br>**(FIRST REQUEST)** |

Plaintiffs JASMINE SOLARES and ESTEFANIA CORREA ("Plaintiffs") and Defendant AMAZON.COM SERVICES LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate as follows:

**WHEREAS**, on July 5, 2024, Defendant filed a Motion to Dismiss and/or Stay the Case;

**WHEREAS**, Plaintiffs' response to Defendant's Motion to Dismiss is currently due on July 19, 2024;

**WHEREAS**, on July 8, 2024, Plaintiffs filed a Motion for Circulation of Notice of the Pendency of this Action Pursuant to 29 U.S.C. § 216(b);

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV
89169.5937
702.862.8800

**WHEREAS**, Defendant's response to Plaintiffs' Motion for Circulation of Notice is currently due on July 22, 2024;

**WHEREAS**, the Parties have conferred and agree that a coordinated briefing schedule on both motions will ensure that the parties will have sufficient time to analyze and brief the issues for the Court without unduly delaying the resolution of the motions.

**THEREFORE**, subject to the approval of the Court, the Parties hereby agree and stipulate that:

1. Plaintiffs shall file their response to Defendant's Motion to Dismiss and Defendant shall file its response to Plaintiffs' Motion for Circulation of Notice on or before July 31, 2024; and

2. Defendant shall file its reply in support of its Motion to Dismiss and Plaintiffs shall file their reply in support of their Motion for Circulation of Notice on or before August 14, 2024.

This is the first request for extension of time with respect to Defendant's Motion to Dismiss and Plaintiffs' Motion for Circulation of Notice and is made in good faith and not for the purpose of delay.

Dated: July 11, 2024

| | |
|---|---|
| */s/ Leon Greenberg, Esq.* | */s/ Amy L. Thompson, Esq.* |
| LEON GREENBERG, ESQ.<br>RUTHANN DEVEREAUX-GONZALES, ESQ.<br>LEON GREENBERG PROFESSIONAL CORPORATION<br><br>JAMES P. KEMP, ESQ.<br>KEMP & KEMP, ATTORNEYS AT LAW | MONTGOMERY Y. PAEK, ESQ.<br>AMY L. THOMPSON, ESQ.<br>LITTLER MENDELSON, P.C.<br><br>BRADLEY J. HAMBURGER, ESQ.<br>MEGAN COONEY, ESQ.<br>GIBSON DUNN |
| *Attorneys for Plaintiff*<br>JASMINE SOLARES and ESTEFANIA CORREA | *Attorneys for Defendant*<br>AMAZON.COM SERVICES LLC |

**IT IS SO ORDERED.**

**Dated: July 12, 2024**

**UNITED STATES MAGISTRATE JUDGE**