BRADLEY J. HAMBURGER (*pro hac vice*)
MEGAN M. COONEY (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Email: bhamburger@gibsondunn.com
Email: mcooney@gibsondunn.com

Montgomery Y. Paek, Esq.
Bar No. 6323
Amy L. Thompson, Esq.
Bar No. 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169
Telephone:   702.862.8800
Fax No.:     702.862.8811
Email:       mpaek@littler.com
             athompson@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JASMINE SOLARES, ESTEFANIA CORREA RESTREPO, and STEVEN REID,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | Case No. 2:24-CV-00881-EJY<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO EXTEND BRIEFING DEADLINES**<br><br>**(SECOND REQUEST)** |

Plaintiffs JASMINE SOLARES, ESTEFANIA CORREA RESTREPO, and STEVEN REID ("Plaintiffs") and Defendant AMAZON.COM SERVICES LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate as follows:

**WHEREAS**, on July 5, 2024, Defendant filed a Motion to Dismiss and/or Stay the Case (Dkt. No. 15);

**WHEREAS**, on July 8, 2024, Plaintiffs filed a Motion for Circulation of Notice of the

1   Pendency of this Action Pursuant to 29 U.S.C. § 216(b) (Dkt. No. 17);

2   **WHEREAS**, on July 12, 2024, the Parties filed a stipulation and proposed order to extend
3   Plaintiffs' deadline to respond to Defendant's Motion to Dismiss (Dkt. No. 15) and Defendant's
4   deadline to respond to Plaintiffs' Motion for Circulation of Notice (Dkt. No. 18) until July 31, 2024;

5   **WHEREAS**, on July 12, 2024, the Parties filed a stipulation and proposed order to extend
6   Defendant's deadline to reply in support of its Motion to Dismiss and Plaintiffs' reply in support
7   of their Motion for Circulation of Notice until August 14, 2024;

8   **WHEREAS**, on July 12, 2024, the Court granted the Parties' stipulation, moving the
9   deadline to file their respective responses until July 31, 2024, and their respective replies until
10  August 14, 2024 (Dkt. No. 22);

11  **WHEREAS**, Plaintiffs filed a First Amended Complaint on July 22, 2024 (Dkt. No. 23);

12  **WHEREAS**, the Parties agree that Defendant's Motion to Dismiss and Plaintiffs' Motion
13  for Circulation of Notice both apply to the First Amended Complaint and are not mooted by the
14  filing of the First Amended Complaint;

15  **WHEREAS**, the Parties have conferred and agree that alteration of the current briefing
16  schedule on both motions will ensure that the Parties will have sufficient time to analyze and brief
17  the issues for the Court without unduly delaying the resolution of the motions.

18  **THEREFORE**, subject to the approval of the Court, the Parties hereby agree and stipulate
19  that:

20  1. Defendant's Motion to Dismiss and Plaintiffs' Motion for Circulation of Notice both
21     apply to Plaintiffs' First Amended Complaint and are not moot;

22  2. Plaintiffs shall file their response to Defendant's Motion to Dismiss and Defendant shall
23     file its response to Plaintiffs' Motion for Circulation of Notice on or before August 14,
24     2024; and

25  3. Defendant shall file its reply in support of its Motion to Dismiss and Plaintiffs shall file
26     their reply in support of their Motion for Circulation of Notice on or before August 28,
27     2024.

28  This is the second request for extension of time with respect to the Parties' briefing schedule

LITTLER
MENDELSON, P.C.
3960 Howard Hughes
Parkway
Suite 300
Las Vegas, NV
89169.5937
702.862.8800

on Defendant's Motion to Dismiss and Plaintiffs' Motion for Circulation of Notice.  This request is made in good faith and not for the purpose of delay.

Dated: July 24, 2024

| /s/ Leon Greenberg, Esq. | /s/ Amy L. Thompson, Esq. |
|---|---|
| LEON GREENBERG, ESQ.<br>RUTHANN DEVEREAUX-GONZALES, ESQ.<br>LEON GREENBERG PROFESSIONAL CORPORATION<br><br>JAMES P. KEMP, ESQ.<br>KEMP & KEMP, ATTORNEYS AT LAW<br><br>*Attorneys for Plaintiff*<br>JASMINE SOLARES and ESTEFANIA CORREA | MONTGOMERY Y. PAEK, ESQ.<br>AMY L. THOMPSON, ESQ.<br>LITTLER MENDELSON, P.C.<br><br>BRADLEY J. HAMBURGER, ESQ.<br>MEGAN COONEY, ESQ.<br>GIBSON DUNN<br><br>*Attorneys for Defendant*<br>AMAZON.COM SERVICES LLC |

**IT IS SO ORDERED.**

**Dated: July 24, 2024**

_____
**UNITED STATES MAGISTRATE JUDGE**

LITTLER
MENDELSON, P.C.
3960 Howard Hughes
Parkway
Suite 300
Las Vegas, NV
89169.5937
702.862.8800

3