LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd - Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110;
Las Vegas, NV 89130
(702) 258-1183/ (702) 258-6983 (fax)
jp@kemp-attorneys.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JASMINE SOLARES and ESTEFANIA CORREA, | Case No.: 2:24-cv-00881-EJY |
| Plaintiff, | |
| vs. | DECLARATION OF JASMINE SOLARES |
| AMAZON COM SERVICES LLC., | |
| Defendants. | |

JASMINE SOLARES, hereby affirms, under penalty of perjury, that she has personal knowledge of the following statements:

1. I am one of the named plaintiffs in this lawsuit. This declaration is submitted in support of Plaintiffs' Motion for Circulation of Notice of the Pendency of this Action Pursuant to

1

29 USC 216(b) and for Other Relief and in reply to certain allegations made by defendant in opposing that motion.

2. Reggie Cooley states in his declaration at paragraph 9 that from March of 2020 through February of 2022 there were no security checks of Amazon employees when they left LAS2. That is not true during the period of my employment at LAS2, from July of 2020 through July of 2023. During that entire time all of the LAS2 workers and I were subjected to a security check (a passing through of the metal detector) every shift when we left the LAS2 facility or went to the main breakroom for our meal period.

3. Reggie Cooley states in his declaration at paragraph 4 that the metal detection capabilities of the metal detectors employees must walk through to exit the warehouse have been deactivated and such metal detectors are programed as "randomizers" and set to beep 3% of the times an individual walks through them. My experience working at LAS2 is not consistent with that assertion as I experienced a "beep" far more than 3% of the times I walked through those metal detectors.

4. Reggie Cooley states in his declaration at paragraph 16 that Amazon provides LAS2 employees with "cubby holes" to store items so those items do not need to be carried through the security screenings. While Amazon may have provided cubby holes, those spaces were not secured. Amazon did not make available lockers (that could be locked) for employees to store valuable items in.

5. Dona Fortner states in her declaration dated August 14, 2024, Doc. 26-5, at paragraph 9, that Amazon provides LAS2 employees with two time clocks directly in front of each of two internal breakrooms that can be used for meal breaks without going through security and describes those breakrooms. When I was at Amazon, there was a small internal breakroom and a larger "open air" breakroom available for use without going through security. There was one time clock in front of each of those two internal breakrooms. While the open air break room was the larger of the two internal break rooms, it would have adequately accommodated fewer

2

than 200 employees. The smaller of the two internal breakrooms would have accommodated no more than 50 people at a time. The smaller of the internal breakrooms was an approximate two to five minute long walk from the majority of the workstations. The open air breakroom was located in a corner of the warehouse that was a significant distance from the majority of the workstations, it would take approximately five to ten minutes to walk from those workstations to the open air breakroom.

6. I understand Amazon is representing to the Court it did not require LAS2 employees to go through meal break security screenings since it provided internal breakrooms accessible for use without those screenings. That representation by Amazon is incorrect. Amazon's policy of tracking its employees' "on the clock" (paid time) activities required LAS2 employees, if they did not want to be disciplined by Amazon, and possibly lose their jobs, to, as a practical matter, either (a) clock out for meal breaks, and then consume significant unpaid meal break time going through a security screening; or (b) clock out (and in) from their meal break at the main time clock in/clock out location (at the security screening station) quite distant from the open air internal breakroom and then consume significant amounts of unpaid meal break time walking to and from that internal meal breakroom. The other, smaller, internal breakroom was not an available option for most LAS2 employees because its capacity was very limited.

7. Amazon would keep track of all the time a LAS2 employee was "on the clock" (being paid for that time) but *not* at their workstation performing work, such workstation absent time being called "time off task." If I were to walk from my work station and clock out for my meal break on the time clock located at the entrance to the open air breakroom, I would be subject to discipline for "time off task" for the five to ten minutes it would typically take to walk that significant distance and que up to use the single available time clock at that location. After my 30 minute lunch break, if I were to clock back in at the time clock located at the entrance of the open air breakroom, then walk to my workstation, I would again be subject to discipline for time off task, because I clocked in but took five to ten minutes to walk to my work station. If

large numbers of workers attempted to use that break room and its time clock significant time would also be consumed queuing up to use the single time clock there. Such queuing up would either deprive the employee of a significant portion of their 30 minute meal break or result in additional "time off task" being recorded against the employee. That is because the Amazon time clocks scan employee badges and were often slow or would require multiple swipes to work. When those clocks were working well often only three or four employees a minute could use them, meaning it could take ten minutes, or more, for 50 employees to all use the same single time clock.

8. As I explain above, the choice presented to most Amazon LAS2 employees if they wanted to use the open air breakroom, which had the most capacity to accommodate them if they wished to avoid a meal break security screening, were highly undesirable. They could use the time clock located at that break room and face discipline, and disfavor, by Amazon for recording "time off task." Or they could use the time clock located near the security screening stations, avoid incurring that "time of task" record, but have to engage in a long walk (five to ten minutes each way) back and forth from that open air break room, and lose the use of a large portion, possibly the majority, of their meal break period. As a result, it made more sense, since they experienced less loss of meal break time and no negative "time off task" record, for most LAS2 employees during their meal break to undergo a security screening and use one of the two main (past security screening) breakrooms or go outside the LAS2 facility entirely. As a practical matter, Amazon did not allow LAS2 employees and I to enjoy and effectively use their full 30 minute unpaid meal break. It either required we consume a significant portion of that meal break period going through a security screening, walking to and from the distant open air breakroom, or face negative consequences with a "time off task" record if we avoided that security screening and such walking to and from the open air breakroom during our break time period.

4

I affirm I am over 21 years of age and I make this statement, which I have read and declare to be true, of my own free will.

09-23-2024             *Jasmine Solares*

DATE                                           NAME