| | |
|---|---|
| BRADLEY J. HAMBURGER, (*pro hac vice*)<br>MEGAN COONEY (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197<br>Telephone: 213.229.7000<br>Email: bhamburger@gibsondunn.com<br>Email: mcooney@gibsondunn.com<br><br>MONTGOMERY Y. PAEK<br>Nevada Bar No. 10176<br>AMY L. THOMSON<br>Nevada Bar No. 11907<br>LITTLER MENDELSON, P.C.<br>3960 Howard Hughes Parkway<br>Suite 300<br>Las Vegas, NV 89169<br>Telephone: 702.863.8800<br>Facsimile: 702.862.8811<br>Email: mpack@littler.com<br>Email: athompson@littler.com<br><br>*Attorneys for Defendant*<br>AMAZON.COM SERVICES LLC | LEON GREENBERG<br>Nevada Bar No. 8094<br>RUTHANN DEVEREAUX-GONZALES<br>Nevada Bar No. 15904<br>LEON GREENBERG PC<br>1811 Rainbow Blvd., Suite 210<br>Las Vegas, Nevada 89146<br>Telephone: 702.383.6085<br>Email: Ranni@overtimelaw.com<br><br>JAMES P. KEMP<br>Nevada Bar No. 6375<br>KEMP & KEMP, ATTORNEYS AT LAW<br>7435 W. Azure Drive, Suite 110<br>Las Vegas, Nevada 89130<br>Telephone: 702.258.1183<br>Email: jp@kemp-attorneys.com<br><br>*Attorneys for Plaintiff*<br>JASMINE SOLARES and ESTEFANIA CORREA |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JASMINE SOLARES, ESTEFANIA CORREA RESTREPO, and STEVEN REID,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | CASE NO. 2:24-cv-00881-EJY<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO REVISE MOTION TO DISMISS BRIEFING SCHEDULE AND DEFER DISCOVERY PLAN AND CASE SCHEDULE**<br><br>**[FIRST REQUEST]** |

Plaintiffs JASMINE SOLARES, ESTEFANIA CORREA RESTREPO, and STEVEN REID ("Plaintiffs") and DEFENDANT AMAZON.COM SERVICES LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate as follows:

**WHEREAS**, on July 5, 2024, Defendant filed a Motion to Dismiss and/or Stay Plaintiffs' case (Dkt. 15);

**WHEREAS**, on January 8, 2025, the Court dismissed Plaintiffs' claim under the Fair Labor Standards Act (count 1) and stayed Plaintiffs' Nevada state law claims (counts 2 and 3) "until such time as the Nevada Supreme Court issued its decision in *Malloy v. Amazon.com Services LLC*, Nev. Case No. 89314" (Dkt. 53);

**WHEREAS**, on October 30, 2025, the Nevada Supreme Court issued its decision in *Amazon.com Servs., LLC v. Malloy*, 141 Nev. Adv. Op. 50 (2025), finding "the Nevada Legislature did not intend to incorporate the [Portal-to-Portal Act's] exceptions to compensable work activities into its wage-hour laws";

**WHEREAS**, on November 13, 2025, following the issuance of the Nevada Supreme Court's decision in *Malloy*, and consistent with this Court's January 8, 2025, order, the parties proposed a supplemental briefing schedule for Plaintiffs' remaining Nevada state law claims, as well as a deadline to file an agreed upon proposed discovery schedule (Dkt. 55);

**WHEREAS**, on November 14, 2025, the Court granted the parties' proposed schedule, ordering the parties to submit a discovery schedule by December 4, 2025, and ordering Defendant to submit supplemental briefing on its Motion to Dismiss by December 11, 2025;

**WHEREAS**, following the Nevada Supreme Court's decision in *Malloy*, the Nevada Legislature passed Senate Bill 8, which Governor Joe Lombardo signed into law on November 20, 2025, to clarify that Nevada law incorporates the Portal-to-Portal Act ("SB 8");

**WHEREAS**, following the enactment of SB 8, Nevada Revised Statute § 608.016 now "exclude[s] from hours of work such time excluded by . . . the Portal-to-Portal Act";

**WHEREAS**, the parties have conferred and agree that alteration of the current schedule will ensure that the parties will have sufficient time to analyze and brief the impact of SB 8 on this case to the Court without unduly delaying resolution of this case, and will conserve court and party resources;

**THEREFORE**, subject to the approval of the Court, the parties hereby agree and stipulate that:

1. Defendant shall file its Renewed Motion to Dismiss on or before **December 18, 2025**.
2. Plaintiffs shall file a response to Defendant's Renewed Motion to Dismiss on or before **January 22, 2026**.
3. Defendant shall file its reply in support of its Renewed Motion to Dismiss on or before **February 12, 2026**.
4. Discovery shall be deferred until the Court issues an order on Defendant's Renewed Motion to Dismiss.

/ / /

/ / /

/ / /

5. The parties will submit a further discovery plan and case schedule for the remaining claims, if any, on or before 21 days after the Court issues an order on Defendant's Renewed Motion to Dismiss if the Court permits any claims in the case to proceed.

Dated: December 3, 2025

By: */s/ Amy L. Thompson*
AMY L. THOMPSON
MONTGOMERY Y. PAEK
LITTLER MENDELSON, P.C.

BRADLEY J. HAMBURGER
MEGAN COONEY
GIBSON DUNN

*Attorneys for Defendant*
AMAZON.COM SERVICES LLC

Dated: December 3, 2025

By: */s/ Leon Greenberg*
LEON GREENBERG
RUTHANN DEVEREAUX-GONZALES
LEON GREENBERG PC

JAMES P. KEMP
KEMP & KEMP, ATTORNEYS AT LAW

*Attorneys for Plaintiff*
JAMES SOLARES and ESTEFANIA CORREA

**IT IS SO ORDERED.**

Dated:  December 3, 2025

UNITED STATES MAGISTRATE JUDGE